IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV -8 PM 3: 02
CLERK TRB
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR |
| | ) |
| v. | ) VIO: 21 U.S.C. §841(a)(1) |
| | )      18 U.S.C. §922(g)(1) |
| | )      18 U.S.C. § 924(c) |
| PHILLIP BENNETT | ) |
| a/k/a SHINE | ) |
| | )      CR418-253 |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct the initial appearance and related proceedings.

So ORDERED this ___8th___ day of November, 2018.

_____
HON. JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2