UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:18-cr-253 |
| --- | --- | --- |
| v. | ) | |
| PHILLIP BENNETT | ) | |

### ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Indictment number 4:18-cr-253 referenced above, and any and all accompanying documentation be unsealed effective November 20, 2018.

_____
HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA